# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1098 | DATE | JULY 9, 2008 |
| CASE TITLE | US v. ROY FLUKER, JR., et al | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

**GRAND JURY PROCEEDING**

**JUDGE COAR**

**MAGISTRATE JUDGE ASHMAN**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____[signature]_____

---

DOCKET ENTRY:

# 08CR 540

DEFENDANTS ROY FLUKER, JR., ROY FLUKER, III, AND RONNANITA T. FLUKER WILL BE NOTIFIED BY THE U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THAT THEY WILL BE EXPECTED TO SELF-SURRENDER BY THE DATE OF ARRAIGNMENT TO BE DETERMINED BY THE COURTS. BOND WILL ALSO BE DETERMINED AT THAT TIME AS TO ALL DEFENDANTS.

**FILED**

JUL 0 9 2008   TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____   (ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone. | | | Date mailed notice |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | DOCKET # |