# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 540 - 1,2,3 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Roy Fluker Jr., Roy Fluker III & Ronnanita Fluker | | |

**DOCKET ENTRY TEXT**

Arraignment and plea as to Roy Fluker Jr., Roy Fluker III & Ronnanita Fluker is reset to 7/30/2008 at 10:30 a.m., by agreement of the parties.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|