## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 540 - 1 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Roy Fluker, Jr. | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held on 7/30/2008. Raymond D. Pijon is appointed as counsel for defendant. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 8/6/2008. Pretrial motions to be filed by or on 8/13/2008. Response to be filed by or on 8/27/2008. Status hearing set for 9/3/2008 at 9:45 a.m., before Judge Coar. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

FILED
2008 JUL 30 PM 2:32
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|