# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: U.S. vs. FLUKER
FOR: NORTHERN DIST. IL
AT: ___

**LOCATION NUMBER:** ___

PERSON REPRESENTED (Show your full name): Roy Fluker Jr.

- ☒ Defendant – Adult
- ☐ Defendant – Juvenile
- ☐ Appellant
- ☐ Probation Violator
- ☐ Parole Violator
- ☐ Habeas Petitioner
- ☐ 2255 Petitioner
- ☐ Material Witness
- ☐ Other (Specify)

CHARGE/OFFENSE: ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: ___
District Court: 08 CR 540-1
Court of Appeals: ___

FILED 7-30-08 JUL 30 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☒ Am Self Employed
- Name and address of employer: AMICAE VENDING
- IF YES, how much do you earn per month? $ 250.00
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
RECEIVED: 750.00 per month Rent
500.00
500.00

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 600

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE: 14,000+ — DESCRIPTION: 2007 DODGE
VALUE: 2,000 — 1998 FORD
REAL ESTATE HELD IN THE NAMES OF FAMILY MEMBERS IS SUBJECT TO THE FORFEITURE ALLEGATIONS IN THE INDICTMENT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
Total No. of Dependents: 1
List persons you actually support and your relationship to them: JR - SON

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| RENT | $ | $ 1,285 |
| CAR NOTE | $ | $ 380 |
| UTILITIES | $ | $ 250 |
| FOOD, GAS, INS. | $ | $ 600 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/30/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Roy Fluker