IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 540-1 |
| | ) | Judge David H. Coar |
| ROY FLUKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ROY FLUKER'S RULE 16 MOTION FOR
IMMEDIATE DISCLOSURE OF EVIDENCE**

Defendant Roy Fluker, Jr., by his attorney Raymond D. Pijon, and respectfully moves this Honorable Court, under Rule 16 of the Federal Rules of Criminal Procedure, to require the government to disclose before trial any evidence or information known to the government or in its possession, custody or control, the existence of which is known or by the exercise of reasonable diligence may become known. In support of this motion, defendant makes these specific requests.

    1. The identity, resume and written report (opinions, and the bases and reasons for those opinions) of any witness the government intends to tender as an expert. (Rule 16 (a)(1)(G)).

WHEREFORE, defendant Roy Fluker, Jr., requests that his Motion for Disclosure of Evidence under the Federal Rules of Criminal Procedure be granted.

                                Respectfully submitted,


                                /s/ Raymond D. Pijon

Raymond D. Pijon  
134 N. LaSalle St., Suite 1800  
Chicago, IL 60602  
(312)236-8708