IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 540-1 |
| | ) | Judge David H. Coar |
| ROY FLUKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ROY FLUKER'S MOTION FOR EARLY
RETURN OF SUBPOENAS PURSUANT TO FEDERAL RULE
OF CRIMINAL PROCEDURE 17(C)**

Defendant Roy Fluker, Jr., by his attorney Raymond D. Pijon, moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 17(c), for the entry of an order permitting early return of trial subpoenas directly to the issuing attorney.

Respectfully submitted,

/s/ Raymond D. Pijon

Raymond D. Pijon
134 N. LaSalle St., Suite 1800
Chicago, IL 60602
(312)236-8708