IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 540-1 |
| | ) | Judge David H. Coar |
| ROY FLUKER, Jr., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: AUSA Stephen L. Heinze
219 S. Dearborn St. 5th Floor
Chicago, IL 60602

    **PLEASE TAKE NOTICE** that on August 29, 2008 the attached Motions – **Motion for Disclosure of Favorable Evidence, Motion for Early Return of Subpoenas, Motion to Preserve Agents' Notes, Motion for Disclosure of Expert Witness, Motion for Disclosure of 404(b) Evidence**– were filed with the Clerk of the United States District Court for the Norther District of Illinois, 219 S. Dearborn St., Chicago, Illinois.

Dated: August 29, 2008

                                         /s/ Raymond D. Pijon
                                         134 N. La Salle Street, Suite 1800
                                         Chicago, IL 60602
                                         (312)236-8708

**CERTIFICATE OF SERVICE**
    Raymond D. Pijon, an attorney, hereby certifies that in accordance with Fed. R. Civ. P., LR5.5, and the General Order on Electronic Case Filing (EFC), the following documents: Motion to Terminate Supervised Release, were served pursuant to the district court's ECF system as to ECF filers, and were sent by first-class mail to non-ECF filers.

/s/ Raymond D. Pijon